1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                           EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  IVAN LEE MATTHEWS, II, | Case No.: 1:25-cv-0580 JLT CDB |
| 12         Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE IN FULL WITHIN 30 DAYS |
| 13    v. | |
| 14  CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| 15 | |
| 16         Defendant. | (Docs. 2, 11) |

17

18       Ivan Lee Matthews, II, is proceeding *pro se* in this action, in which he seeks to hold the

19  defendants liable for violations of his civil rights while incarcerated at North Kern State Prison.

20  Plaintiff filed a complaint and a motion to proceed *in forma pauperis* in the Central District of

21  California, which transferred the matter to this Court because the allegations involve conduct that

22  occurred at a facility in the Eastern District of California. (Docs. 4, 5.)

23       The magistrate judge found that Plaintiff had at least three "strikes" prior to filing the

24  action and that Plaintiff was not in imminent danger of serious harm at the time he filed the

25  action. On May 19, 2025, the magistrate judge issued initial Findings and Recommendations,

26  recommending that the Court deny Plaintiff's motion to proceed *in forma pauperis*. (Doc. 8.)

27  Plaintiff filed objections, asserting that he was not the plaintiff in two cases identified by the

28  magistrate judge. (Doc. 9 at 1.)

  The magistrate judge again reviewed Plaintiff's litigation history and acknowledged the two cases identified by Plaintiff involved a different individual by the name of "Ivan Matthew," based upon their different CDCR numbers. Therefore, the magistrate judge vacated the Findings and Recommendations dated May 19, 2025. (Doc. 11 at 1-2.) Nevertheless, the magistrate judge found Plaintiff remains subject to the three-strikes bar of Section 1915(g), and did not sufficiently show he was under imminent danger of serious physical injury when he filed his complaint in this action. (*Id.* at 3-4.) Consequently, the magistrate judge again recommended the Court deny the motion to proceed *in forma paupers* and require payment of the filing fee. (*Id.* at 5.)

  The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 11 at 5.) The Court advised Plaintiff that "the failure to file objections within the specified time may result in the waiver of certain rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff did not file objections and the time to do so has passed.

  According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued June 6, 2025 (Doc. 11) are **ADOPTED** in full.
2. Plaintiff's application to proceed *in forma pauperis* (Doc. 2) is **DENIED**.
3. Plaintiff **SHALL** pay the full $405.00 filing fee for this action within 30 days of the date of service of this order.

**Failure to pay the filing fee as ordered will result in the dismissal of this action**.

IT IS SO ORDERED.

Dated: __July 9, 2025__

UNITED STATES DISTRICT JUDGE